

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 08cR 2513 -BEN |
| Plaintiff | ) | CRIMINAL NO. 08mj 2233 |
| | ) | ORDER |
| vs. | ) | RELEASING MATERIAL WITNESS |
| MELVIN CESAR JONES | ) | |
| | ) | Booking No. |
| Defendant(s) | ) | |

Leo S. Papas

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

BLADIMIR MUNOS- MORENO

DATED: 8/7/8

Leo S. Papas

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
          DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by J. Jarabek
           Deputy Clerk

**J. JARABEK**

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70062