

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | 08cR 2513 -BEN |
| Plaintiff                                           ) | CRIMINAL NO. 08mj 2233 |
|                                                          ) | ORDER |
| vs.                                                   ) | RELEASING MATERIAL WITNESS |
| MELVIN CESAR JONES             ) | |
|                                                          ) | Booking No. |
| Defendant(s)                                  ) | |

On order of the United States District/Magistrate Judge,   **Leo S. Papas**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / (Order of Court)).

**BLADIMIR MUNOS- MORENO**

DATED: 8/7/8

Leo S. Papas
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk
by J. Jarabek
Deputy Clerk

**J. JARABEK**